UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
:
EXXON MOBIL CORPORATION,   :   Civil Action No. 11-CV-2829 (MGC) (GWG)
:
        Plaintiff,   :   ECF Case
:
   - against -   :   **CERTIFICATE OF SERVICE**
:
TREDEGAR CORPORATION,   :
:
        Defendant.   :
:
--------------------------------------- X

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint and Declaration of Daniel B. Carroll, Esq. with annexed exhibit was served via the Court's Electronic Filing System on July 6, 2011 upon the following:

Michael C. Ledley, Esquire<br>
WOLLMUTH MAHER & DEUTSCH LLP<br>
500 Fifth Avenue<br>
New York, New York  10110<br>
(212) 382-3300

        Attorney for Defendant
        Tredegar Corporation

                                                  /s/ Daniel B. Carroll
                                                  Daniel B. Carroll
                                                  daniel.carroll@dbr.com
                                                  DRINKER BIDDLE & REATH LLP
                                                  500 Campus Drive
                                                  Florham Park, New Jersey  07932-1047
                                                  (973) 549-7000 (Telephone)
                                                  (973) 360-9831 (Facsimile)