USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EXXON MOBIL CORPORATION,

                Plaintiff,

     -against-

TREDEGAR CORPORATION,

                Defendant.

-------------------------------------------------------------- x

11 Civ. 2829 (MGC)

**MEMO ENDORSED**

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Michael C. Ledley, dated June 17, 2011, and the exhibit thereto, Defendant Tredegar Corporation will move this Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, Courtroom 14A, 500 Pearl Street, New York, New York, 10007, on July 14, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

*Motion Withdrawn. Suit in Pennsylvania has been settled. Plaintiff will file an amended complaint by August 3, 2011.*

*So ordered.*
*July 14, 2011*

*S/ United States District Judge*