UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
:
EXXON MOBIL CORPORATION,             :   Civil Action No. 11-CV-2829 (MGC) (GWG)
:
        Plaintiff,              :   ECF Case
:
   - against -                   :   **CERTIFICATE OF SERVICE**
:
TREDEGAR CORPORATION,               :
:
        Defendant.              :
----------------------------------------- X

I hereby certify that a true and correct copy of the foregoing Amended Complaint was served via Federal express on August 3, 2011 upon the following:

Michael C. Ledley, Esquire
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

Attorney for Defendant
Tredegar Corporation

_____
Daniel B. Carroll
daniel.carroll@dbr.com
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)