UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
EXXON MOBIL CORPORATION,                        :     11 Civ. 2829 (MGC)
                                                :
                         Plaintiff,             :
                                                :
       -against-                                :
                                                :
TREDEGAR CORPORATION,                           :
                                                :
                         Defendant.             :
                                                :
-------------------------------------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Michael C. Ledley, dated September 14, 2011, and the exhibit thereto, Defendant Tredegar Corporation will move this Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, Courtroom 14A, 500 Pearl Street, New York, New York, 10007, on November 10, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Amended Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 6.1(a) and the Court's Individual Practices, any answering papers shall be served by 12:00 p.m. on October 26, 2011, and any reply papers shall be served by 12:00 p.m. on November 8, 2011.

Dated: October 12, 2011
       New York, New York

                        WOLLMUTH MAHER & DEUTSCH LLP

                        By: _____
                              Michael C. Ledley

                        500 Fifth Avenue
                        New York, NY 10110
                        (212) 382-3300
                        mledley@wmd-law.com

                        *Counsel for Defendant Tredegar Corporation*