UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
EXXON MOBIL CORPORATION,  :   11 Civ. 2829 (MGC)
                Plaintiff,  :
       -against-  :
TREDEGAR CORPORATION,  :
                Defendant.  :
----------------------------------------------------------------- x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

      AGATHA RYSINSKI, duly sworn, deposes and says:

1.    I am over eighteen years of age and I am not a party to this action. I am employed by the law firm of Wollmuth Maher & Deutsch LLP, located at 500 Fifth Avenue, New York, New York 10110.

2.    On September 20, 2011, I caused true copies of (1) Defendant Tredegar Corporation's Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint; and (2) Declaration of Michael C. Ledley, dated October 12, 2011, to be served by via the court's electronic filing system upon:

Daniel Bartholomew Carroll
Drinker, Biddle & Reath, LLP (NJ)
140 Broadway
39th floor
New York, NY 10005
212-248-3140
Email: daniel.carroll@dbr.com

Gregory P. Miller
Drinker, Biddle & Reath, LLP (PA)
One Logan Square
Suite 2000
Philadelphia, PA 19103
(215)-988-2700
Fax: (215)-988-2757
*PRO HAC VICE*

Marsha Jessica Indych
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY 10005
(212)-248-3162
Fax: (212)-248-3141
Email: marsha.indych@dbr.com

*Counsel for Plaintiff Exxon Mobil Corporation*

---

AGATHA RYSINSKI

Sworn to before me
this 12th day of October 2011

NOTARY PUBLIC

KATIA L. SPERDUTO
Notary Public, State of New York
NO. 01SP6099088
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 22, 20 15

2