UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
EXXON MOBIL CORPORATION,            :   Civil Action No. 11-CV-2829 (MGC)
:
Plaintiff,            :   ECF Case
:
- against -                  :   **CERTIFICATE OF SERVICE**
:
TREDEGAR CORPORATION,               :
:
Defendant.            :
:
------------------------------------- X

I hereby certify that a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint was served via the Court's Electronic Filing System on October 26, 2011 upon the following:

Michael C. Ledley, Esquire
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York  10110
(212) 382-3300

Attorney for Defendant
Tredegar Corporation

/s/ Daniel B. Carroll
Daniel B. Carroll
daniel.carroll@dbr.com
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey  07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)