

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EXXON MOBIL CORPORATION,

               Plaintiff,

        -against-

TREDEGAR CORPORATION,

               Defendant.

-------------------------------------------------------------- x

11 Civ. 2829 (MGC)

**STIPULATION AND ORDER ADJOURNING DEFENDANT'S TIME TO ANSWER AMENDED COMPLAINT**

      WHEREAS, Plaintiff Exxon Mobil Corporation filed a Complaint in this action on or around April 26, 2011;

      WHEREAS, Plaintiff filed an Amended Complaint on August 3, 2011;

      WHEREAS, Defendant Tredegar Corporation filed its motion to dismiss Plaintiff's Amended Complaint on October 12, 2011;

      WHEREAS, the Court issued its decision granting in part and denying in part Defendant's motion to dismiss on September 13, 2012;

      IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned, that the time for Defendant to answer, move or otherwise respond to the Amended Complaint in this action shall be extended to October 19, 2012.

*Signature Page to Follow*

Dated: October 3, 2012

| WOLLMUTH MAHER & DEUTSCH LLP | DRINKER BIDDLE & REATH LLP |
|---|---|
| /s/ Michael C. Ledley | /s/ Gregory P. Miller |
| Michael C. Ledley | Gregory P. Miller |
| 500 Fifth Avenue | One Logan Square, Suite 2000 |
| New York, New York 10110 | Philadelphia, Pennsylvania 19103 |
| (212) 382-3300 | (215) 988-2700 |
| MLedley@WMD-law.com | gregory.miller@dbr.com |
| *Attorneys for Defendant Tredegar Corporation* | *Attorneys for Plaintiff Exxon Mobil Corporation* |

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum

October 4, 2012