UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
:
EXXON MOBIL CORPORATION,  :
:
        Plaintiff,  :    Civil Action No. 11-cv-02829 (MGC)
:
  v.  :    **MOTION TO ADMIT COUNSEL**
:    **PRO HAC VICE**
TREDEGAR CORPORATION,  :
:
        Defendant.  :
:
------------------------------------------- X

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel B. Carroll, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | William L. Carr |
| Firm Name: | Drinker Biddle & Reath LLP |
| Address: | One Logan Square, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19103-6996 |
| Phone Number: | (215)-988-2700 |
| Fax Number: | (215)-988-2757 |

      William L. Carr is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against William L. Carr in any State or Federal court.

Dated: October 8, 2012

                                  Respectfully submitted,

                              By:  /s/ Daniel B. Carroll
                                    Daniel B. Carroll
                                    S.D.N.Y. Bar Number DB8028
                                    NY Bar Number 2707685
                                    500 Campus Drive
                                    Florham Park, NJ 07932-1047
                                    (973) 549-7000
                                    (973) 360-9831

                                    Attorney for Plaintiff
                                    Exxon Mobil Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

EXXON MOBIL CORPORATION,

        Plaintiff,

v.

TREDEGAR CORPORATION,

        Defendant.

------------------------------------- X

Civil Action No. 11-cv-02829 (MGC)

**DECLARATION OF DANIEL B. CARROLL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Daniel B. Carroll, being duly sworn, hereby deposes and says as follows:

1. I am a partner of Drinker Biddle & Reath LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit William L. Carr as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in October 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing of this Court. A copy of William L. Carr's certificate of good standing is attached as Exhibit A.

3. I have known William L. Carr since 2006.

4. William L. Carr is an associate of Drinker Biddle & Reath LLP in Philadelphia, Pennsylvania.

5. I have found Mr. Carr to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

- 2 -

6.    Accordingly, I am pleased to move the admission of William L. Carr, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of William L. Carr, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit William L. Carr, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: October 8, 2012                        Respectfully submitted,

By:  /s/ Daniel B. Carroll
Daniel B. Carroll
S.D.N.Y. Bar Number 2707685
500 Campus Drive
Florham Park, NJ  07932-1047
(973) 549-7000
(973) 360-9831

Attorney for Plaintiff
Exxon Mobil Corporation

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *William Lacy Carr, Esq.*

#### DATE OF ADMISSION

**October 13, 2005**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 28, 2012

Patricia A. Johnson
Chief Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

EXXON MOBIL CORPORATION,

        Plaintiff,

v.

TREDEGAR CORPORATION,

        Defendant.

------------------------------------- X

Civil Action No. 11-cv-02829 (MGC)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

    Upon the motion of Daniel B. Carroll, attorney for plaintiff Exxon Mobil Corporation, and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | William L. Carr |
| Firm Name: | Drinker Biddle & Reath LLP |
| Address: | One Logan Square, Suite 2000 |
| City/State/Zip: | Philadelphia, PA  19103-6996 |
| Telephone/Fax: | (215) 988-2700/(215) 988-2757 |
| E-mail Address: | william.carr@dbr.com |

is admitted to practice *pro hac vice* as counsel for Exxon Mobil Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                                    _____
                                                  United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EXXON MOBIL CORPORATION,

      Plaintiff,

v.

TREDEGAR CORPORATION,

      Defendant.
------------------------------------- X

Civil Action No. 11-cv-02829 (MGC)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON October 8, 2012, I caused to be electronically filed PLAINTIFF EXXON MOBIL CORPORATION'S MOTION TO ADMIT COUNSEL PRO HAC VICE, DECLARATION OF DANIEL B. CARROLL IN SUPPORT OF MOTION TO ADMIT COUNSEL, EXHIBIT A, CERTIFICATE OF GOOD STANDING OF WILLIAM L. CARR, ESQ., AND EXHIBIT B, PROPOSED ORDER FOR ADMISSION, utilizing the Court's CM/ECF system which automatically sends notice of such filings to all attorneys of record.

Dated: October 8, 2012

    Respectfully submitted,

    By: /s/ Daniel B. Carroll
        Daniel B. Carroll
        S.D.N.Y. Bar Number 2707685
        500 Campus Drive
        Florham Park, NJ  07932-1047
        (973) 549-7000
        (973) 360-9831

        Attorney for Plaintiff
        Exxon Mobil Corporation