UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X

EXXON MOBIL CORPORATION,

        Plaintiff,

v.

TREDEGAR CORPORATION,

        Defendant.
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/12

Civil Action No. 11-cv-02829 (MGC)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

Upon the motion of Daniel B. Carroll, attorney for plaintiff Exxon Mobil Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | William L. Carr |
| Firm Name: | Drinker Biddle & Reath LLP |
| Address: | One Logan Square, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19103-6996 |
| Telephone/Fax: | (215) 988-2700/(215) 988-2757 |
| E-mail Address: | william.carr@dbr.com |

is admitted to practice *pro hac vice* as counsel for Exxon Mobil Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: October 17, 2012
City, State:

_____
United States District Judge