UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                      :

EXXON MOBIL CORPORATION,         :      11 Civ. 2829 (MGC)

                            Plaintiff,         :      **RULE 7.1 STATEMENT**

                -against-                :

TREDEGAR CORPORATION,            :

                           Defendant.      :
------------------------------------------------------------------ x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Tredegar Corporation hereby states that it has no corporate parents, subsidiaries, and/or affiliates that are publicly held or traded.

Dated:  New York, New York
         October 19, 2012

                                                     Respectfully submitted,

                                                     WOLLMUTH MAHER & DEUTSCH LLP

                                                     By:     /s/
                                                          Michael C. Ledley

                                                 500 Fifth Avenue, 12th Floor
                                               New York, New York 10110
                                               (212) 382-3300

                                               *Counsel for Defendant Tredegar Corporation*