```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

EXXON MOBIL CORPORATION,

        Plaintiff,

- against -

TREDEGAR CORPORATION,

        Defendant.

------------------------------------ X

Civil Action No. 11-CV-2829 (MGC) (GWG)

ECF Case

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-captioned action having been resolved by and between the parties pursuant to that certain Settlement Agreement and Releases dated August 26, 2013, it is hereby stipulated that the same be and hereby is (1) dismissed with prejudice and without costs against either party, and (2) closed.

Dated: September 6, 2013

**WOLLMUTH MAHER & DEUTSCH LLP**

_____
Michael C. Ledley

500 Fifth Avenue
New York, New York 10110
(212) 382-3300
mledley@wmd-law.com

*Attorneys for Defendant
Tredegar Corporation*

**DRINKER BIDDLE & REATH LLP**

_____
William L. Carr

One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700
william.carr@dbr.com

*Attorneys for Plaintiff
Exxon Mobil Corporation*

SO ORDERED:

S/ _____
Hon. Miriam Goldman Cedarbaum

September 12, 2013